~~SEALED~~

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON GRAND JURY 2015
OCTOBER 14, 2015 SESSION

FILED
OCT 14 2015
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 3:15-cr-00212
     18 U.S.C. § 2252A(a)(2)
     18 U.S.C. § 2252A(b)(1)
MARK ALLEN ANGLE   18 U.S.C. § 2252A(a)(5)(B)
     18 U.S.C. § 2252A(b)(2)

I N D I C T M E N T

The Grand Jury Charges:

COUNT ONE

On or about December 20, 2009, at or near Huntington, Cabell County, West Virginia, and within the Southern District of West Virginia, defendant MARK ALLEN ANGLE did knowingly receive child pornography, as defined in 18 U.S.C. § 2256(8)(A), that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, using a means and facility of interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2252A(a)(2) and 2252A(b)(1).

\* \*

## COUNT TWO

On or about January 23, 2015, at or near Milton, Cabell County, West Virginia, and within the Southern District of West Virginia, defendant MARK ALLEN ANGLE did knowingly distribute or attempt to distribute child pornography, as defined in 18 U.S.C. § 2256(8)(A), that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, using a means and facility of interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2252A(a)(2) and 2252A(b)(1).

## COUNT THREE

On or about March 19, 2015, at or near Milton, Cabell County, West Virginia, and within the Southern District of West Virginia, defendant MARK ALLEN ANGLE did knowingly possess material, that is, computer graphic image files, containing images and videos of child pornography, as defined in 18 U.S.C. § 2256(8)(A), that involved prepubescent minors and which had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

## COUNT FOUR

On or about April 21, 2015, at or near Milton, Cabell County, West Virginia, and within the Southern District of West Virginia, defendant MARK ALLEN ANGLE did knowingly possess material, that is, computer graphic image files, containing images and videos of child pornography, as defined in 18 U.S.C. § 2256(8)(A), that involved prepubescent minors and which had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

R. BOOTH GOODWIN II
United States Attorney

By: _____
LISA G. JOHNSTON
Assistant United States Attorney